UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Shellbird, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Dan and Maureen Grossman d/b/a Stone Ridge Arabians, <br><br> Defendants. <br><br> ─────────────────────────── <br><br> Stone Ridge Arabians, LLC, <br><br> Counter Plaintiff, <br><br> vs. <br><br> Shellbird, Inc. and Michele Pfeifer, individually and as a member of Shellbird, Inc. <br><br> Counter Defendants. | 1:09-cv-1271-SEB-DML |

**JUDGMENT**

The Court, having issued its Findings of Fact and Conclusions of Law Following Bench trial addressing all of the remaining issues in this cause, now enters final judgment as follows:

1. Final judgment is entered in favor of Stone Ridge Arabians, LLC and against Shellbird, Inc. and Michele Pfeifer, jointly and severally in the

amount of $2,184,782.90 plus interest at the rate specified in the Agreement of five percent (5%) per annum from November 18, 2011 until the date the Judgment is paid in full.

2. Stone Ridge Arabians, LLC is awarded possession of the remaining collateral at issue related to Valentino, i.e. the frozen semen, Transport Semen Certificates, and the stylized "V" for which Shellbird maintains a Trademark, and may dispose of such property in a commercially reasonable manner, consistent with its rights and obligations in the event of default, pursuant to the Uniform Commercial Code as adopted in Minnesota, MINN. STAT. § 336.9 *et. seq.*

IT IS SO ORDERED.

Date:_____01/23/2012_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Martine Romy Bernard
MALLOR GRODNER LLP
rbernard@lawmg.net

Geoffrey Mitchell Grodner
MALLOR GRODNER LLP
gmg@lawmg.net

Andre Fereole Regard
REGARD LAW GROUP, PLLC
aregard@regardlaw.com

Bradley Kim Thomas
THOMAS & HARDY LLP
brad@thomaslawfirmpc.com

Aaron K Westlake
THOMAS LAW FIRM PC
aaron@thomaslawfirmpc.com